TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00623-CR







Jason Charles James, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT


NO. 7099, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Appellant Jason Charles James pleaded guilty to tampering with physical evidence. 
See Tex. Penal Code Ann. § 37.09 (West Supp. 2010). He also admitted the two previous felony
convictions alleged for enhancement. The district court adjudged him guilty and assessed
punishment at twenty-five years' imprisonment.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a
brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of
Anders v. California, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced. See also Penson v. Ohio,
488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State,
516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972);
Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's
brief and was advised of his right to examine the appellate record and to file a pro se brief. See
Anders, 386 U.S. at 744. A pro se brief has been filed.

We have reviewed the record and find no reversible error. See Garner v. State,
300 S.W.3d 763, 766 (Tex. Crim. App. 2009); Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim.
App. 2005). We agree with counsel that the appeal is frivolous. The issues raised in appellant's
pro se response to counsel's Anders brief have no arguable merit. See Garner, 300 S.W.3d at 767;
Bledsoe, 178 S.W.3d at 827. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.



 ___________________________________________

 J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Affirmed

Filed: March 17, 2011

Do Not Publish